## Commonwealth *v.* Toney, Appellant.

Argued June 12, 1970. *Geoffrey A. Wilson*, Assistant Defender, with him *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *James D. Crawford*, Deputy District Attorney, with him *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.